IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 5:20 CR 016 |
| v. | ) | |
| | ) | Title 18, United States Code, |
| JUSTIN L. SMITH, | ) | Sections 471 and 472 |
| | ) | |
| Defendant. | ) | JUDGE OLIVER |

## COUNT 1
(Counterfeiting and Forging Obligations and Securities of the United States, 18 U.S.C. § 471)

The Grand Jury charges:

1. In or around April 2018, in the Northern District of Ohio, Eastern Division, Defendant JUSTIN L. SMITH, with intent to defraud, did counterfeit, falsely make and forge an obligation of the United States, that is, a falsely made, forged and counterfeited twenty-dollar Federal Reserve Note, Series of 2013, Serial No. MB65695251A, in violation of Title 18, United States Code, Section 471.

## COUNT 2
(Counterfeiting and Forging Obligations and Securities of the United States, 18 U.S.C. § 471)

The Grand Jury further charges:

2. In or around April 2018, in the Northern District of Ohio, Eastern Division, Defendant JUSTIN L. SMITH, with intent to defraud, did counterfeit, falsely make and forge an obligation of the United States, that is, a falsely made, forged and counterfeited twenty-dollar Federal Reserve Note, Series of 2013, Serial No. MC03289048B, in violation of Title 18, United States Code, Section 471.

COUNT 3
(Passing and Uttering Counterfeit Obligations and Securities, 18 U.S.C. § 472)

The Grand Jury further charges:

3. On or about April 20, 2018, in the Northern District of Ohio, Eastern Division, Defendant JUSTIN L. SMITH, with intent to defraud, did pass and utter to K.H., a falsely made, forged and counterfeited obligation of the United States, that is, a Federal Reserve Note in the denomination of twenty-dollars, Series of 2013, Serial No. MD20048666D, which he then knew to be falsely made, forged and counterfeited, in violation of Title 18, United States Code, Section 472.

COUNT 4
(Passing and Uttering Counterfeit Obligations and Securities, 18 U.S.C. § 472)

The Grand Jury further charges:

4. On or about April 20, 2018, in the Northern District of Ohio, Eastern Division, Defendant JUSTIN L. SMITH, with intent to defraud, did pass and utter to K.H., a falsely made, forged and counterfeited obligation of the United States, that is, a Federal Reserve Note in the denomination of twenty-dollars, Series of 2013, Serial No. EC28769008D, which he then knew to be falsely made, forged and counterfeited, in violation of Title 18, United States Code, Section 472.

FORFEITURE

5. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 492 and Title 28, United States Code, Section 2461(c), the allegations in Counts 1 through 4, inclusive, are incorporated herein by reference. As a result of the foregoing offenses, Defendant JUSTIN L. SMITH, shall forfeit to the United States, all counterfeits of any coins or obligations or other securities of the United States or any foreign government, or any articles,

devices, and other things made, possessed, or used in the violations charged herein; or any material or apparatus used or fitted or intended to be used, in the making of such counterfeits, articles, devices or things, found in the possession of any person without the authority from the Secretary of the Treasury or other proper officer.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.